# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN 38101-1918

**FILED**

**MAR 1 5 2011**

OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

March 14, 2011

**RECEIVED**

MAR 1 5 2011

OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

Bankruptcy Court  
Alexander Pirnie Federal Building  
10 Broad Street. Room 230  
Utica, New York 13501

Re:    07-60481                Cynthia J. Ross

To Whom It May Concern:

3/15/11  MD

Enclosed please find check #814063 in the amount of $39.83. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.    25

Account#    430801110616110

Creditor    UMB Bank, NA  
POB 419734  
Kansas City, MO 64141

V/ACCT # 611001 85

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli