# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | **For payments Only:**<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 23, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**RECEIVED**

**MAY 2 4 2011**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-60481            Cynthia L. Ross

To Whom It May Concern:

Enclosed please find check #**922662** in the amount of **$20.83**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        25

Account#        430801110616110

Creditor        UMB Bank, NA
                POB 419734
                Kansas City, MO 64141

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli